# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angel Manuel Santana <br>                     Debtor <br><br> Toyota Motor Credit Corporation <br>                     Movant <br> vs. <br> Angel Manuel Santana <br>                     Debtor <br><br> William C. Miller <br>                     Trustee | CHAPTER 13 <br><br><br> NO. 16-18811 ELF <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Chapter 13 Plan of Toyota Motor Credit Corporation, which was filed with the Court on or about February 21, 2017 (Doc No. 16).

                                                 Respectfully submitted,

                                                 **/s/ Matteo S. Weiner, Esquire**
                                                 Matteo S. Weiner, Esquire
                                                 Brian C. Nicholas. Esquire
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322

May 10, 2017