United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angel Manuel Santana  
    Debtor

Case No. 16-18811-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 07, 2022      Form ID: 138OBJ      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angel Manuel Santana, 5400 Valley Street, Philadelphia, PA 19124-1413 |
| 13841644 | | PA Dept of Revenue, Bureau of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 13856826 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13841647 | + | Tri St Adjt, 3439 East Ave So., La Crosse, WI 54601-7241 |
| 13858213 | + | Tri State Adjustments Inc, P.O. Box 3219, LaCrosse WI 54602-3219 |
| 13841649 | + | Vacation Charters Ltd, Po Box 647, Lake Harmony, PA 18624-0647 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 07 2022 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 07 2022 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13939697 | + | Email/Text: megan.harper@phila.gov | Feb 07 2022 23:28:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13939702 | + | Email/Text: megan.harper@phila.gov | Feb 07 2022 23:28:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13904361 | + | Email/Text: bankruptcy@cavps.com | Feb 07 2022 23:28:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13931943 | + | Email/Text: megan.harper@phila.gov | Feb 07 2022 23:28:00 | City of Philadelphia Law Department, Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd, 5th floor, Philadelphia, Pennsylvania 19102-1640 |
| 13841641 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 07 2022 23:28:00 | Internal Revenue Service, P.o. Box 7346, Phila, Pa. 19101-7346 |
| 13841642 | + | Email/Text: bankruptcydept@kinecta.org | Feb 07 2022 23:28:00 | Kinecta Fed Cu, Po Box 10003, Manhattan Beach, CA 90267-7503 |
| 13841643 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2022 23:28:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 13846721 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13841645 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 07 2022 23:39:41 | Syncb/pc Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 13841646 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 138OBJ | Total Noticed: 19 |

| | | | Feb 07 2022 23:28:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13856826 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 07 2022 23:28:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13843434 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 07 2022 23:39:38 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13841648 | *+ | Tri St Adjt, 3439 East Ave So., La Crosse, WI 54601-7241 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Angel Manuel Santana dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Angel Manuel Santana
    Debtor(s)

Case No: 16−18811−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/7/22

44 − 43
Form 138OBJ